**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| SHAWN CAWLEY, | ) | 3:11-cv-00565-HDM-VPC |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER ADOPTING |
| vs. | ) | MAGISTRATE JUDGE'S |
| | ) | REPORT AND RECOMMENDATION |
| OFFICER GOOD, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

The court has considered the report and recommendation of the United States Magistrate Judge (#16) filed on April 26, 2012, in which the magistrate judge recommends that this court enter an order denying defendant Good's motion to dismiss (#12). No objections to the report and recommendation have been filed and the time for filing any objections has expired. The court has considered the pleadings and memoranda of the parties and other relevant matters of record and has made a review and determination in accordance with the requirements of 28 U.S.C. § 636 and

1

applicable case law, and good cause appearing, the court hereby **ADOPTS AND ACCEPTS** the report and recommendation of the United States Magistrate Judge (#16).  Therefore, defendant Good's motion to dismiss (#12) is **DENIED.**

**IT IS SO ORDERED.**

DATED: This 17th day of May, 2012.

_____
UNITED STATES DISTRICT JUDGE

2