# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| SHAWN CAWLEY, | ) | 3:11-cv-00565-HDM-VPC |
| Plaintiff, | ) | |
| | ) | **MINUTES OF THE COURT** |
| v. | ) | |
| OFFICER GOOD, *et. al.*, | ) | |
| | ) | March 19, 2013 |
| Defendants. | ) | |

PRESENT:   THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   LISA MANN   REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Before the court is defendant Good's motion to strike (#37).[1] Plaintiff opposed (#38). Defendant did not reply. Defendant Good asks the court to strike plaintiff's response and objection to defendant's reply in support of his motion for summary judgment ("supplemental brief") (#36) on the grounds that this document does not comport with Local Rule ("LR") 7-2.

LR 7-2 provides for the filing of a motion, an opposition, and a reply. LR 7-2 does not provide for the filing of supplemental briefs, and plaintiff did not seek leave of the court to file a supplemental brief.

Accordingly, plaintiff's supplemental brief is a rogue document. Defendant's motion to strike (#37) is hereby **GRANTED**. Plaintiff's supplemental brief (#36) is hereby **STRICKEN**.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:      /s/      
Deputy Clerk

---

[1] Refers to the court's docket numbers.