1
2
3
4
5
6
7
8
9
10

11                    **UNITED STATES DISTRICT COURT**

12                         **DISTRICT OF NEVADA**

13

14  SHAWN CAWLEY,                       )    3:11-cv-00565-HDM-VPC
                                        )
15              Plaintiff,              )
                                        )    ORDER
16  vs.                                 )
                                        )
17  OFFICER GOOD, et al.,               )
                                        )
18              Defendants.             )
    _____ )
19
         Federal Rule of Civil Procedure 4(m) provides, in part, as
20
    follows:
21
         If service of the summons and complaint is not made upon
22       a defendant within 120 days after the filing of the
         complaint, the court, upon motion or on its own
23       initiative after notice to the plaintiff, shall dismiss
         the action without prejudice as to that defendant or
24       direct that service be effected within a specified time;
         provided that if the plaintiff shows good cause for the
25       failure, the court shall extend the time of service. . .

26       The complaint in this action was screened and filed on

27  September 16, 2011.  To date, no proof of service has been filed as

28  to any of the John and Jane Doe defendants: Officer John Doe #1,

                                    1

Officer John Doe #2, Officer John Doe #3, Dr. John Doe #4, and Nurse Jane Doe #5 of Washoe County Detention Center.

Notice is hereby given that this action shall be dismissed without prejudice as to said parties unless on or before May 20, 2013, there is filed with the clerk proof of service on the above-named parties, which service must have taken place prior to the expiration of the 120-day time limit set forth in Fed. R. Civ. P. 4(m), or good cause is shown why such service was not made in that period.

Failure to comply with this notice shall result in automatic dismissal of the action without prejudice as to said parties.

**IT IS SO ORDERED.**

DATED: This 30th day of April, 2013.

_____
UNITED STATES DISTRICT JUDGE