1

2

3

4

5

6

7

8

9

10

11                          **UNITED STATES DISTRICT COURT**

12                            **DISTRICT OF NEVADA**

13

14  SHAWN CAWLEY,                    )        3:11-cv-00565-HDM-VPC
                                     )
15                  Plaintiff,       )
                                     )        ORDER
16  vs.                              )
                                     )
17  OFFICER GOOD, et al.,            )
                                     )
18                  Defendants.      )
    _____)
19

20          Federal Rule of Civil Procedure 4(m) permits a court to

21  dismiss an action, on its own initiative after notice to the

22  plaintiff, for failure to serve a summons on a defendant within 120

23  days after filing the complaint.  Plaintiff filed his complaint on

24  September 16, 2011, but he has failed to identify or serve any of

25  the John and Jane Doe defendants: Officer John Doe #1, Officer John

26  Doe #2, Officer John Doe #3, Dr. John Doe #4, and Nurse Jane Doe #5

27  of Washoe County Detention Center.  On April 30, 2013, the court

28  gave the plaintiff notice of its intent to dismiss for failure to

                                     1

timely serve the Doe defendants.  Plaintiff has not shown good cause to excuse the lack of service.  Accordingly, plaintiff's claims against the Doe defendants are **DISMISSED WITHOUT PREJUDICE.**

    **IT IS SO ORDERED.**

    DATED: This 3rd day of June, 2013.

*Howard D McKibben*

UNITED STATES DISTRICT JUDGE